# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| PENNY CRAIG, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff, | ) | 3:19-cv-00404-WCM |
| | ) | |
| vs. | ) | |
| | ) | |
| ANDREW M. SAUL, | ) | |
| Commissioner of the Social Security | ) | |
| Administration, | ) | |
| | ) | |
| Defendant. | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's July 29, 2020 Memorandum Opinion and Order.

July 29, 2020

*[signature]*

Frank G. Johns, Clerk
United States District Court